**John HOSKINGS, Petitioner—Appellant,**

v.

**P.L. VAZQUEZ, Warden, Respondent—Appellee.**

**No. 08–17735.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 28, 2011.

John Hoskings, Wasco, CA, pro se.

Yun Hwa Harper, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

### MEMORANDUM **

California state prisoner John Hoskings appeals from the district court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Hoskings contends that the Governor's 2004 decision reversing the Board of Prison Terms's decision finding him suitable

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for parole is not supported by some evidence. The record reflects that Hoskings received all process that was due. *See Swarthout v. Cooke,* —— U.S. ——, —— ——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011) (per curiam).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.